

William K. Wolf
wwolf@rothmanrocco.com

> Application granted. The Stipulation shall be "So Ordered" and docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the pending motion sequence at Doc. 31.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  New York, New York
>         December 8, 2020

December 8, 2020

VIA ECF

The Hon.
Daniel Pa[trick Moynihan U.S. Courthouse]
500 Pearl [Street]
New York[, NY]

Re:    Winston, et al. v. Pine Valley Center for Rehabilitation and Nursing
       Case No. 20-cv-04006 (PMH, PED)
       Pine Valley Center, LLC v. Local 670 RWDSU, AFL-CIO
       Case No. 20-cv-06645 (PMH, PED)

Dear Judge Halpern:

We are counsel to Plaintiffs Thelma Winston, et al., as Trustees and Fiduciaries ("Plaintiffs" or the "Trustees") of the Local 670 Welfare Fund and the Local 670 Pension Fund (the "Funds"), Plaintiffs in the above-referenced action. We are also counsel to Local 670 RWDSU, AFL-CIO ("Local 670" or the "Union"), Defendant in the second above-referenced action.[1]

We request, on consent, that the Court extend the Union's time to answer or otherwise respond from December 8, 2020 to December 18, 2020 by So Ordering the attached Stipulation Extending Defendant's Time to Answer or Otherwise Respond. We make this request because one of my law partners contracted COVID-19, our office is shut down for the moment, and, at this time we have only limited access to our files. Further, our clients are speaking directly about a resolution.

---

[1] By Order dated October 1, 2020, the Court consolidated these two cases into one action.

*Rothman Rocco LaRuffa LLP*

December 7, 2020
P a g e | **2**

      Please do not hesitate to contact me or Dawn J. Lanouette, Esq., counsel to Pine Valley Center, LLC, if you require additional information. Thank you for your consideration.

                                    Respectfully submitted,

                                      William K. Wolf

Encl.
cc:    The Hon. Paul A. Davison, U.S.M.J. (via email)
        Dawn J. Lanouette, Esq., (w/encl.)(via ECF and email)